**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6873**

———————

RICKY M. WATSON,

                                Plaintiff - Appellant,

        versus

ROY W. CHERRY, Superintendent, Hampton Roads
Regional Jail,

                                Defendant - Appellee,

        and

HAMPTON ROADS REGIONAL JAIL,

                                Defendant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-01-107-2)

———————

Submitted:  August 15, 2002        Decided:  August 22, 2002

———————

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ricky M. Watson, Appellant Pro Se.  Samuel Lawrence Dumville,
Virginia Beach, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky M. Watson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Watson v. Cherry</u>, No. CA-01-107-2 (E.D. Va. May 29, 2002). We deny his motions for summary judgment and to obtain medical records. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2